# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHRISTINA M. POSTON-ANDERSON,

    Plaintiff(s),

vs.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:08CV114

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 28, 2009 Order.

Signed: September 28, 2009

*Frank D. Johns*

Frank G. Johns, Clerk
United States District Court