# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| CHRISTINA M. POSTON-ANDERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | Civil No. 5:08CV114 |

## ORDER

**THIS MATTER** is before the Court on Plaintiff's Application for Attorney Fees Pursuant to 28 U.S.C. § 2412(d). The Defendant does not object to the requested award of attorney fees in the amount of $2354.00 payable to the Plaintiff's attorney pursuant to a signed assignment, provided this is the only petition filed by the Plaintiff in this case under 28 U.S.C. § 2412(d).

**NOW THEREFORE, IT IS ORDERED:**

1. There being no objection from the Defendant, Plaintiff's Application for Attorney Fees Pursuant to 28 U.S.C. § 2412(d) is **GRANTED**, to the extent that counsel for the Plaintiff shall be paid the sum of $2354.00 for attorney fees.

2. No additional petition pursuant to 28 U.S.C. § 2412(d) shall be filed.

3. The Clerk is directed to serve copies of this Order to counsel for the parties.

**SO ORDERED**.   Signed: January 12, 2010

David S. Cayer
United States Magistrate Judge